**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SCOTTSDALE INSURANCE CO.,**<br>                              **Plaintiff,**<br>          v.<br>**NEW CENTURY BUILDERS &**<br>**DEVELOPERS, LLC**<br>                              **Defendant.**<br>──────────────────────<br>**NEW CENTURY BUILDERS &**<br>**DEVELOPERS, LLC**<br>                    **Counter Claimant,**<br>          v.<br>**SCOTTSDALE INSURANCE CO.,**<br>                    **Counter Defendant.** | **CIVIL ACTION**<br>**NO. 22-3205** |

## <u>ORDER</u>

**AND NOW,** this 29th day of September, 2023, for reasons set forth in the Opinion issued on this date, **IT IS ORDERED THAT:**

1.     Plaintiff Scottsdale Insurance Company's (Scottsdale's) Motion for Judgment on the Pleadings (ECF No. 12) is **GRANTED**.

2.     Scottsdale's request for declaratory judgment, *see* ECF No. 1, is **GRANTED**, and this Court **DECLARES** that Scottsdale Insurance Company has no duty to defend or indemnify New Century Builders & Developers, LLC in connection with *Lucas v. MJ3 Properties, LLC, et al.*, No. 200200509, which is pending in the Philadelphia Court of Common Pleas.

3.     The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**